UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.Q. DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREA LYNNE BENOIT, *et al.*,<br><br>*Defendants*. | No. 19-cv-1253 (DLF) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the government's Motion to Dismiss in Part and to Strike, Dkt. 32, is granted in part and denied in part. It is further

**ORDERED** that Count III is dismissed with prejudice. It is further

**ORDERED** that the Clerk of Court shall sever Counts IV and V and transfer them to the United States District Court for the District of Massachusetts. The transferee court shall set its own schedule for filing an amended complaint and responses thereto. It is further

**ORDERED** that paragraphs 20–107 and 155 are stricken from the Second Amended Complaint. Those paragraphs are stricken only for the purposes of the case that remains in this District; this order to strike does not affect the case that is transferred to the District of Massachusetts. It is further

**ORDERED** that the parties shall jointly file, on or before July 13, 2020, a proposed schedule for further proceedings.

*Dabney L. Friedrich*
DABNEY L. FRIEDRICH
United States District Judge

June 29, 2020